# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAYNE M. FUTCH**                                                                                    **PLAINTIFF**

**V.**                                      **NO. 1:14CV56-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Jayne M. Futch's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 16th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE